UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

REV. WILLIAM BOOTH,

    Plaintiff,

        v.                                    CA No. 23-cv-243-WES

CITIZENS BANK, N.A., AND NABEEL BHATTI,

    Defendants.

### JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to the Memorandum and Order entered on September 12, 2023, and in accordance with Fed. R. Civ. P. 58., judgment is entered dismissing this case.

It is so ordered.

September 12, 2023                    By the Court:

                                              /s/ William E. Smith
                                              United States District Judge